**JOHN J. TALTON, CHAPTER 13 TRUSTEE**
Payee: Clerk of the Court

Check #.: **1068395**
Date: 06/13/2014

Please notify the Court & this office of any changes made after filing fo your claim (ex. account number, address, claim assignment, etc.)

| Case # | Claim # | Debtor Name(s) | Account # | Balance | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 0861106 | 00000 | VETA GALE EDWARDS | | 0.00 | 3.00 | 0.00 | 3.00 |
| | | Original Check written to: VETA GALE EDWARDS / 217 CR 39 / TYLER, TX, 75706 | | | | | |
| 1010645 | 00010 | WILLIAM A. REED, JR. & BEULAH M. REED | none provided | 552.58 | 0.03 | 0.00 | 0.03 |
| | | Original Check written to: TRIANGLE LOANS / 1320 CALDER / BEAUMONT, TX, 77701 | | | | | |
| 1020223 | 00014 | RHONDA STURROCK BIGHAM | 3594 | 87.25 | 6.78 | 0.00 | 6.78 |
| | | Original Check written to: GUY O. DANIELSON / P O BOX 9433 / TYLER, TX, 75711 | | | | | |
| 1020248 | 00000 | JAMES GRIFFIN & JANET GRIFFIN | | 0.00 | 546.93 | 0.00 | 546.93 |
| | | Original Check written to: JAMES GRIFFIN / P.O. BOX 82 / LONE STAR, TX, 75668 | | | | | |
| 1060295 | 00027 | FRANKLIN CLINE WADE, JR. | 2869 | 0.00 | 206.55 | 0.00 | 206.55 |
| | | Original Check written to: MYCASHCENTER.COM / 1614 HAMPTON ROAD / TEXARKANA, TX, 75503 | | | | | |
| 1060295 | 00030 | FRANKLIN CLINE WADE, JR. | 9313 | 0.00 | 207.39 | 0.00 | 207.39 |
| | | Original Check written to: MYCASHCENTER.COM / 1614 HAMPTON ROAD / TEXARKANA, TX, 75503 | | | | | |
| 1188888 | 00000 | Talton Adjustment | 09-20062 | 0.00 | 175.00 | 0.00 | 175.00 |
| | | Original Check written to: TEQUILA KAWANNA PORTER / 600 S. CALLUM | | | | | |