**JOHN J. TALTON, CHAPTER 13 TRUSTEE**
Payee: Clerk of the Court
  Please notify the Court & this office of any changes made after filing fo your claim  (ex. account number, address, claim assignment, etc.)

Check #.: **1070548**
Date: 07/11/2014

| Case # | Claim # | Debtor Name(s) | Account # | Balance | Principal | Interest | Total |
|--------|---------|----------------|-----------|---------|-----------|----------|-------|
| 0910260 | 00000 | LADONNA M. BRUNO | | 0.00 | 1.00 | 0.00 | 1.00 |
| | | Original Check written to: | | | | | |
| | | LADONNA M. BRUNO | | | | | |
| | | 8620 SKYVIEW DR | | | | | |
| | | BEAUMONT, TX,   77707 | | | | | |
| 1010482 | 00000 | HECTOR P. RAMIREZ & KARI I. RAMIREZ | | 0.00 | 247.43 | 0.00 | 247.43 |
| | | Original Check written to: | | | | | |
| | | HECTOR P. RAMIREZ | | | | | |
| | | 194 PERKINS DR. | | | | | |
| | | NACOGDOCHES, TX,   75961 | | | | | |
| 1010799 | 00000 | JENNIFER R. THIBODEAUX | | 0.00 | 150.00 | 0.00 | 150.00 |
| | | Original Check written to: | | | | | |
| | | JENNIFER R. THIBODEAUX | | | | | |
| | | 6659 TULIP | | | | | |
| | | LUMBERTON, TX,   77657 | | | | | |
| 1188888 | 00000 | Talton Adjustment | 10-20248 | 0.00 | 546.93 | 0.00 | 546.93 |
| | | Original Check written to: | | | | | |
| | | JANET GRIFFIN | | | | | |
| | | P.O. BOX 82 | | | | | |
| | | LONE STAR, TX,   75668 | | | | | |
| | | **TOTALS** | | 0.00 | 945.36 | 0.00 | 945.36 |